IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR L. STONE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEH JOHNSON, Secretary of | : | NO. 13-3765 |
| Homeland Security | : | |

ORDER

AND NOW, this 25th day of July, 2016, upon consideration of the Government's motion for summary judgment (docket entry # 37), and plaintiff Arthur L. Stone's response in opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that the Government's motion for summary judgment in GRANTED.

BY THE COURT:


 _/s/ Stewart Dalzell, J.